UNITED STATES FEDERAL COURT
SECOND DISTRICT
BRIDGEPORT, CT.

FILED
AUG 18 2004

2004 AUG 19 A 10: 23

OCASIO

vs.

Yale University, City of New Haven,
State Attorney Generals office
(Defendants)

CASE NO. 3:01CV1755 (WWE)

## MOTION FOR A 90 DAY EXTENSION TO FILE PLAINTIFF'S BRIEF

THE PLAINTIFF, MR. ALEXANDER OCASIO COMES FORWARD IN THIS CASE "PRO SE" AFTER RECEIVING NOTICE OF THE ORDER VACATING THIS COURTS LAST JUDGEMENT DISMISSING THIS CASE BY THE APPELATTE COURT GOVERNING THIS DISTRICT; AND REQUEST THIS COURT TO GRANT HIM A 90 DAY EXTENSION TO FILE HIS BRIEF BECAUSE HE IS CURRENTLY INCARCERATED IN LAS VEGAS, NV. AND CAN NOT OBTAIN HIS AFFADAVIT FROM HIS WITNESS AND WRITE THE BRIEF WITH THIS CURRENT TIME FRAME. HE HAS BEEN INCARCERATED SINCE 7-28-04 ON SERIOUS CHARGES AND HIS ACCESS TO INFORMATION IS SEVERELY LIMITED AND IS AT GREAT HARDSHIP TO SEND AN EFFECTIVE BRIEF AT THIS TIME, HE DOES NOT KNOW WHEN HE WILL BE RELEASED.

PLEASE FORWARD THIS NOTICE TO THE ATTORNEY ATTORNEYS ON RECORD FOR THE DEFENSE AS MR. OCASIO DOES NOT HAVE THEIR ADDRESSES AT THIS TIME.

AUGUST 07, 04

*[signature]*

ALEXANDER OCASIO
CCDC # 1178794
330 CASINO CENTER DR.
LAS VEGAS, NV
89101