DCCT/NHCT

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

FILED
SEP 13  2 22 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

[Seal: UNITED STATES COURT OF APPEALS FILED SEP 3 - 2004 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]

Date:               9/3/04
Docket Number:      03-7291-cv
Short Title:        Ocasio v. Yale University
DC Docket Number:   01-cv-1755
DC:                 DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:           Honorable Warren Eginton

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 3rd day of September two thousand four.

OCASIO v. YALE UNIVERSITY                    DKT NO.: 03-7291

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

Very truly yours,

Roseann B. MacKechnie, Clerk

By: _____
Eddie Andino
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 9/3/04