UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXANDER OCASIO, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | 3:01-cv-1755 (WWE) |
| | : | |
| YALE UNIVERSITY and CITY OF NEW HAVEN, | : | |
|     Defendants. | : | |

**RULING ON PLAINTIFF'S MOTION FOR
COPY OF CASE DOCKET AND ENTIRE CASE FILE**

    Plaintiff has filed a motion (Doc. #49) seeking copies of the case docket and case file in his case which he prosecuted in forma pauperis. The Court granted summary judgment in favor of defendants on February 21, 2003 (Doc. #42) and judgment was entered on February 26, 2003. Plaintiff's motion requests the case file so that he may "study and re-litigate the case" after he is released from prison. For the following reasons, the Court will deny plaintiff's motion.

    To relitigate his claims, plaintiff would have to file a motion under Federal Rule of Civil Procedure 60(b), which under rule 60(c) must be filed within a "reasonable time." Judgment was entered in this case more than six years ago. Without any explanation for the delay in the filing of a rule 60(b) motion, the Court will not entertain discovery to attack the judgment.[1]

---

[1] Should there be an explanation for the delay in any rule 60(b) motion, the Court will entertain a renewed motion.

Second, in forma pauperis status does not require that plaintiff be permitted to conduct a fishing expedition into the record at public expense.  Cf. United States v. Clark, 283 Fed. Appx. 207, 208 (5th Cir. 2008) (addressing habeas proceeding).  Nor will the Court order one.

For the foregoing reasons, the Court DENIES plaintiff's motion (Doc. #49).

Dated at Bridgeport, Connecticut, this 19th day of October, 2009.

        /s/
Warren W. Eginton
Senior United States District Judge